IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANDON WAYNE FORTUNE,
      Plaintiff,

vs.                                    Case No.: 3:13cv28/LAC/EMT

PAUL A. LAWSON, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated June 21, 2013, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 11).  Plaintiff failed to file an amended complaint; therefore, on July 24, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 14).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or show cause for his failure to do so.[1]

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      At Pensacola, Florida, this 12th day of August 2013.


                     /s/ *Elizabeth M. Timothy*
                     **ELIZABETH M. TIMOTHY**

_____

[1] The U.S. Postal Service has returned the court's orders to Plaintiff as undeliverable on three occasions, and the clerk indicates there is no forwarding address available (*see* docs. 13, 15, 16).

**UNITED STATES MAGISTRATE JUDGE**

<u>**NOTICE TO THE PARTIES**</u>

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).